IN THE SUPREME COURT OF THE STATE OF DELAWARE

BRAD D. GREENSPAN, §
§ No. 120, 2016
Plaintiff Below, §
Appellant, § Court of Chancery of the State of
§ Delaware
v. §
§ C.A. No. 9567
ORRICK HERRINGTON LAW LLC §
§
Defendant Below, §
Appellee. §

Submitted: April 5, 2016
Decided: April 12, 2016

**O R D E R**

This 12th day of April 2016, it appears to the Court that, on March 16, 2016, the Clerk issued a notice to show cause directing the appellant to show cause why this appeal should not be dismissed as untimely filed.[*]

The appellant has not responded to the notice to show cause within the required ten-day period. Dismissal of the appeal is deemed to be unopposed.

---

[*] *See* Del. Supr. Ct. R. 6(a)(i) (providing that a notice of appeal in a civil case must be filed within 30 days after entry upon the docket of the judgment or order from which the appeal is taken). In this case, the appellant filed the notice of appeal on March 11, 2016, from an order dated and docketed on February 9, 2016.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice